## STATE OF CONNECTICUT *v.* KENNETH HOWELL
### (14192)

Foti, Schaller and Cretella, Js.

Argued November 3—decision released November 28, 1995

*Eugene J. Riccio*, with whom, on the brief, were *Margaret M. Wynne* and *Marc J. Grenier*, for the appellant (defendant).

*Lisa Herskowitz*, deputy assistant state's attorney, with whom, on the brief, were *John A. Connelly*, state's attorney, and *Cara Eschuk*, assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.